## Fourth Department, December, 1913.

Elizabeth T. Scanlon, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred; Merrell, J., not sitting.

Rachel Blackburn, as Administratrix, etc., Respondent, v. International Acheson Graphite Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., not voting.

Rochester Hotel Corporation, Respondent, v. Elizabeth Probst, as Executrix, etc., and McNulty Brothers, Appellants.— Judgment and order affirmed, with costs. All concurred.

The New York Central and Hudson River Railroad Company, Respondent, v. Patrick W. Mulderry and Benjamin F. Mulderry, Doing Business under the Firm Name of Mulderry Brothers, Appellants.— Judgment affirmed, with costs. All concurred.

John Kennedy, Respondent, v. The T. A. Gillespie Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. James W. Wadsworth v. Matthew J. Murphy and Others, Constituting the Town Board of the Town of Geneseo, Livingston County, New York.— Writ of certiorari sustained, determination of town board annulled and set aside, and the town board directed to audit relator's claim at the sum of $240, with $50 costs and disbursements to relator. Held, that the certificate of the fence viewers was presumptive evidence of the value of the sheep, which was not overcome. All concurred.

Jeremiah Tierney, Respondent, v. Albert E. Nettleton, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alonzo L. Mabbett, Respondent, v. Albert M. Zimbrich, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles Mitschow, Plaintiff, v. John R. Keim Mills, Inc., Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred.

Pauline Schilling, Appellant, v. Grace Smith, as Administratrix, etc., Respondent.— Judgment affirmed, with costs. All concurred; Merrell, J., not sitting.

Frederick W. Moore and Edwin W. Fiske, as Copartners, etc., Appellants, v. Cecelia A. O'Neil, Respondent.— Judgment affirmed, with costs. All concurred.

The National Cash Register Company, Appellant, v. Henry F. McCann, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Application of Anna Ingersoll Rich, Appellant, for a Peremptory Writ of Mandamus Directing the Onondaga Chapter of Daughters of the American Revolution, Respondent, to Reinstate Her, etc.— Order affirmed, with costs. All concurred.